HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KRISTEN CANAPARY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:20-CR-0203 TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER (PROPOSED) |
| vs. | ) | MODIFYING RELEASE CONDITIONS |
| | ) | |
| KRISTEN CANAPARY, | ) | |
| | ) | Judge: Hon. Allison Claire |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by plaintiff, United States of America, and defendant, Kristen Canapary, that the special conditions of pretrial release ordered on November 4, 2020 (doc. 8) may be modified to add the following special condition:

    1.    You must participate in the substance abuse treatment program at the Wellspace inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

          a.    A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

The parties further agree to modify existing release conditions regarding residence and treatment to take effect "upon completion of the residential program" (conditions 3, 4, and 11 on the

-1-

attached "amended special conditions of release").  The parties agree that the Court should adopt the special conditions as shown on exhibit A, filed with this stipulation and order.  The Pretrial Services officer has told Ms. Canapary to report to Wellspace on Monday, December 7, 2020.

|  |  |
|---|---|
|  | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  December 3, 2020 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for Kristen Canapary |
|  | McGREGOR SCOTT<br>United States Attorney |
| Dated:  December 3, 2020 | /s/ T. Zindel for S. Weger<br>SHELLEY WEGER<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The amended special conditions noted above and filed with this stipulation are adopted.

IT IS SO ORDERED.

Dated:  December 3, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE