PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br><br>                    v.<br><br>KRISTEN CANAPARY,<br><br>                                 Defendant. | CASE NO.  2:20-CR-00203 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 15, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 15, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until May 13, 2021, at 9:30 a.m., and to exclude time between April 15, 2021, and May 13, 2021, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendant desires additional time conduct investigation and to obtain documentation related to sentencing, to consult with his client in person to further review the discovery and discuss potential resolutions, and to otherwise prepare for trial if this matter is not resolved.

b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2021 to May 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 13, 2021                                  PHILLIP A. TALBERT
                                                                 Acting United States Attorney


                                                                 /s/ SHELLEY D. WEGER
                                                                 SHELLEY D. WEGER
                                                                 Assistant United States Attorney


Dated:  April 13, 2021                                  /s/ TIMOTHY ZINDEL
                                                                 TIMOTHY ZINDEL
                                                                 Counsel for Defendant
                                                                 KRISTEN CANAPARY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of April, 2021.


                                                                 Troy L. Nunley
                                                                 United States District Judge