PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                          Plaintiff,

                v.

KRISTEN CANAPARY,

                          Defendant.

CASE NO. 2:20-CR-00203 TLN

STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT;
FINDINGS AND ORDER

DATE: May 13, 2021
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on May 13, 2021.

2.     By this stipulation, defendant now moves to continue the status conference until July 29, 2021, at 9:30 a.m., and to exclude time between May 13, 2021, and July 29, 2021, under Local Code T4. The parties agree and stipulate, and request that the Court find the following:

        a)     Counsel for defendant desires additional time to conduct defense investigation and to further confer with the defendant regarding the evidence and potential resolutions. Defendant has recently been unavailable and will continue to be largely unavailable for a couple of weeks due to a death in her immediate family. In addition, the government recently obtained additional documentation in support of the loss amount associated with temporary FEMA

housing provided to defendant, and defense counsel will need time to review this documentation and discuss it with his client.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2021 to July 29, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

3.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 10, 2021                              PHILLIP A. TALBERT
                                                  Acting United States Attorney


                                                  /s/ SHELLEY D. WEGER
                                                  SHELLEY D. WEGER
                                                  Assistant United States Attorney


Dated:  May 10, 2021                              /s/ TIMOTHY ZINDEL (by Shelley
                                                  Weger as authorized on May 7, 2021)
                                                  TIMOTHY ZINDEL
                                                  Counsel for Defendant
                                                  KRISTEN CANAPARY


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of May, 2021.


                                                  _____
                                                  Troy L. Nunley
                                                  United States District Judge