PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KRISTEN CANAPARY,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:20-CR-00203 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 29, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 29, 2021.

2. By this stipulation, defendant now moves to continue the status conference until September 16, 2021, at 9:30 a.m., and to exclude time between July 29, 2021, and September 16, 2021, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

　　a)　Counsel for defendant requires additional time to meet and confer with his client in person to discuss the evidence, loss amount, possible defenses, and potential resolutions. Since the last request for a continuance, the government produced records supporting losses it incurred as a result of housing FEMA provided the defendant, first in a trailer and later in a

manufactured home. These records are subject to a protective order that requires defense counsel to review the records with his client in person. This additional time is further necessary because defense counsel currently has a jury trial in the matter of *United States v. Eligio Munoz*, Case No. 2:20-cr-00176 WBS, scheduled to begin on August 24, 2021. A significant portion of defense counsel's time during the month of August will be devoted to trial preparation and trial.

    b)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)  The government does not object to the continuance.

    d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2021 to September 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 26, 2021         PHILLIP A. TALBERT
                              Acting United States Attorney

                              /s/ SHELLEY D. WEGER
                              SHELLEY D. WEGER
                              Assistant United States Attorney

Dated:  July 26, 2021         /s/ TIMOTHY ZINDEL
                              TIMOTHY ZINDEL
                              Counsel for Defendant
                              KRISTEN CANAPARY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of July, 2021.

Troy L. Nunley
United States District Judge