PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            PLAINTIFF,<br>                v.<br>KRISTEN CANAPARY,<br><br>                            DEFENDANT. | Case No.: 2:20-CR-00203-TLN<br><br>**MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

The United States hereby moves for an order authorizing deposits into the court's deposit fund pending the outcome of this criminal prosecution. This Motion is based on the following grounds:

1. The defendant signed a plea agreement that was entered on September 16, 2021 (the "Plea Agreement"). Dkt. No. 27. Pursuant to the Plea Agreement, the defendant pleaded guilty to one count of fraud in connection with a major disaster or emergency benefits in violation of 18 U.S.C. § 1040(a)(2).

2. The Court is scheduled to sentence the defendant on May 12, 2022. Dkt. No. 34.

3. In the Plea Agreement, the defendant agrees to pay criminal monetary penalties, including restitution. Dkt. No. 27.

4. In addition, the defendant has expressed an interest in paying some of her criminal monetary penalties, including restitution, prior to sentencing.

5.  The United States requests an order that provides that, on or before the date of the defendant's sentencing, the defendant, or any individual or entity on her behalf, be permitted to make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of the Court as specified in the accompanying order.  The Deposit shall remain in the Court's deposit fund pending the defendant's sentencing in this case, or upon further order of the Court.  The Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

Dated:  4/14/2022          By:     */s/ Shelley D. Weger*
                                   SHELLEY D. WEGER
                                   Assistant United States Attorney

# O R D E R

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby **GRANTS** the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendant's sentencing, the defendant, or any other individual or entity on her behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

> OFFICE OF THE CLERK
> United States District Court
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3. The payment instrument(s) shall include the case number (Case No. 2:20-CR-00203-TLN).

4. Upon receipt, the Clerk shall promptly **DEPOSIT** the payment(s) into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall then be **TRANSFERRED** to the defendant's criminal case.

6. Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be **APPLIED** towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated: April 19, 2022

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE