TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
KRISTEN CANAPARY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>KRISTEN CANAPARY,<br><br>   Defendant. | Case No. 2:20-CR-0203-TLN<br><br>**STIPULATION AND ORDER MODIFYING A CONDITION OF SUPERVISED RELEASE (AMENDED)**<br><br>Judge:   Hon. Troy L. Nunley |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kristen Canapary, that the Court may delete special condition number 13 of the conditions of supervised release ordered on May 12, 2022.  *See* Docs. 43 and 44 at 5.  The purpose of this agreement is to release Ms. Canapary from the remainder of her home detention term ordered at sentencing in May 2022.

On February 26, defense counsel asked the government to review a draft motion asking the Court to terminate Ms. Canapary's home detention early on various grounds.  Ms. Canapary has served over 22 months of the 27-month term ordered by the Court.  She successfully completed 480 hours of community service, which satisfied her obligation to complete 400 hours

of community service.  She has made regular payments of restitution as directed by her probation officer.  She has continued in her sobriety.  According to the supervising probation officer, there have been no violations.  Probation is not opposed to ending her special condition of home detention.  In light of her compliance with all conditions of supervised release, the parties agree that her home detention term may be ended as of the date of this order.  All other conditions of supervised release will remain in effect.

Respectfully Submitted,

Dated:  March 1, 2024            /s/ Tim Zindel
                                 TIMOTHY ZINDEL
                                 Attorney for KRISTEN CANAPARY


                                 PHILLIP A. TALBERT
                                 United States Attorney


Dated:  March 1, 2024            /s/ S. Weger
                                 SHELLEY WEGER
                                 Assistant U.S. Attorney


**O R D E R**

Special condition 13 of Ms. Canapary's term of supervised release is hereby terminated, thereby ending her term of home detention with electronic monitoring.

IT IS SO ORDERED.

Dated: March 1, 2024

_____
Troy L. Nunley
United States District Judge